**David E. PAYNE, Appellant**

v.

**Trent LOTT and United States Senate Judiciary Committee on Terrorism, Appellees.**

**No. 05–5393.**

United States Court of Appeals, District of Columbia Circuit.

Nov. 22, 2006.

David E. Payne, Meridian, MS, pro se.

BEFORE: GINSBURG, Chief Judge, and SENTELLE and TATEL, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed September 22, 2005, be affirmed. Appellant has not shown that Senator Trent Lott and the United States Senate Judiciary Committee on Terrorism have a clear duty to investigate appellant's claims. *See Magee v. Cranston*, 925 F.2d 489 (D.C.Cir.1991).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after

resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.